UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-161 |
| | : | Mag No. 07-264 |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 1344 |
| ANDREA MYLES, | : | (Bank Fraud) |
| a.k.a. ANDREA RILEY | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney hereby informs the Court that:

**KESSLER, J. GK**

**COUNT ONE**

**FILED**

**JUN 2 2 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**A**

Between on or about June 1, 2002, and on or about February 28, 2006, in a continuing course of action, within the District of Columbia and elsewhere, defendant ANDREA MYLES, also known as Andrea Riley, devised and executed a scheme and artifice to defraud Bank of America, a financial institution insured by the Federal Deposit Insurance Corporation, and to obtain money, funds and assets owned by and under the custody and control of Bank of America by means of false or fraudulent pretenses, representations and promises.

(Bank Fraud, in violation of Title 18, United States Code, Sections 1344)

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

BY:  _____
LOUIS RAMOS
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W. Room 4233
Washington, D.C. 20530
(202) 353-8822