UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ANDREA MYLES

Criminal No. 07-161

**FILED**
JUL 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, **Andrea Myles**, the above named defendant, who is accused of: Bank Fraud, in violation of Title 18, United States Code, Sections 1344, the proposed information, and my rights, hereby waive in open court on July 2, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
GLADYS KESSLER
United States District Judge