UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
:
v.  :  Criminal No. 07-161 (GK)
:
:
ANDREA MYLES,  :   **FILED**
:
Defendant.  :   JUL 0 2 2007
:
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is hereby this 2nd day of July, 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Oct 4, 2007, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Oct 15, 2007 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on ~~Sept~~ Oct 22, 2007 at 4:15 p.m.

**IT IS SO ORDERED.**

Gladys Kessler
U.S. District Judge