UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 07-161 (GK) |
| ANDREA MYLES : | |
| Defendant. : | |

GOVERNMENT'S UNOPPOSED MOTION
TO CONTINUE THE SENTENCING HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this unopposed motion to continue the sentencing hearing. In support of this motion, the government states as follows:

1. On July 2, 2007 the defendant pled guilty in the above-captioned case to one count of bank fraud. A sentencing hearing was set for October 22, 2007.

2. The undersigned Assistant United States Attorney ("AUSA") was on family leave from September 7, 2007 through September 20, 2007. The undersigned AUSA is scheduled to begin a homicide trial on October 1, 2007 in the Superior Court for the District of Columbia, and has been preparing for trial since returning from family leave. The homicide trial should last at least 8-10 days. The undersigned AUSA has another trial that is scheduled in United States District Court on October 31, 2007 with motions hearings scheduled for October 30, 2007.

3. The government is considering putting on evidence through witness testimony to establish the actual amount of money taken from the victim in this case, but the undersigned AUSA has not had time to prepare for that hearing because of his leave and trial schedule.

4. Defense counsel, Clark Fleckinger, Esq., does not oppose the government's request for a continuance.

5. The undersigned AUSA spoke with the Courtroom Deputy Clerk, and she suggested the date of December 19, 2007 based on the Court's current trial schedule and the government's intention to put hold an evidentiary hearing. That date is available to both parties. If that date is not convenient to the Court then the government requests a date in January.

WHEREFORE, it is respectfully requested that this motion be granted, and that the Court continue the sentencing hearing to December 19, 2007 or a date in January that is convenient to the Court.

    Respectfully submitted,
    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    Bar No. 451-058

By:    _____
    LOUIS RAMOS
    ASSISTANT U.S. ATTORNEY
    DC Bar No. 472-176
    Federal Major Crimes Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 305-2195
    perham.gorji@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | CRIMINAL NO. 07-161 (GK) |
| : | |
| **ANDREA MYLES** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

ORDER

The Court, having considered the government's unopposed motion to for a continuance of the sentencing hearing, and good cause having been shown, it is this ____ day of _____, 2007,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the sentencing hearing is continued to _____ ___, 200__, at _____ a.m./p.m.

_____
Judge Gladys Kessler
United States District Court for
the District of Columbia