UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-161 (GK) |
| | : | **FILED** |
| ANDREA MYLES | : | |
| | : | OCT 0 1 2007 |
| Defendant. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

ORDER

The Court, having considered the government's unopposed motion to for a continuance of the sentencing hearing, and good cause having been shown, it is this 1st day of October, 2007,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the sentencing hearing is continued to December 19, 2007, at 10 a.m.

_____
Judge Gladys Kessler
United States District Court for
the District of Columbia

(N)