UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 07-161 (GK) |
| : | |
| ANDREA MYLES : | |
| : | |
| **Defendant.** : | |
| : | |

JOINT MOTION TO CONTINUE THE SENTENCING HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her counsel, Clark Fleckinger, Esq. hereby respectfully submits this joint motion to continue the sentencing hearing. In support of this motion, the government states as follows:

1.  On July 2, 2007 the defendant pled guilty in the above-captioned case to one count of bank fraud. A sentencing hearing was originally set for October 22, 2007, and then rescheduled to December 19, 2007 at 10:00 a.m. at the government's request.

2.  The victim in this case, Robert Alvord, wants to be present for the sentencing hearing, but he just suffered a death in his family and needs to go out of town this week. Defense counsel, Mr. Clark Fleckinger II, Esq., has advised the undersigned Assistant United States Attorney ("AUSA") that he needs additional time to complete the sentencing memorandum in this case because it will contain numerous attachments, including a psychological evaluation of his client.

3.  Based on the parties' schedules and our understanding of the Court's schedule, the parties respectfully request that the sentencing hearing be continued to the morning of January 10, 2008, or any day the week of February 18th, 2008, if any those dates are available and convenient to

the Court.

WHEREFORE, it is respectfully requested that this joint motion to continue the sentencing hearing be granted, and that the Court continue the sentencing hearing to the morning of January 10, 2008 or any day the week of February 18th, 2008 that is convenient to the Court.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        Bar No. 451-058


            /s/
By:    LOUIS RAMOS
        ASSISTANT U.S. ATTORNEY
        DC Bar No. 472-176
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 305-2195
        email: louis.ramos@usdoj.gov

        CLARK U. FLECKINNGER II, Esq.
        111 Rockville Pike
        Suite 980
        Rockville, MD 20850
        (301) 294-7301
        Fax: (301) 738-5708
        email: cufleckinger@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 07-161 (GK)** |
| : | |
| **ANDREA MYLES** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

The Court, having considered the joint motion for a continuance of the sentencing hearing, and good cause having been shown, it is this ____ day of _____, 2007,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the sentencing hearing is continued to _____, 2008, at _____ a.m./p.m.

_____
Judge Gladys Kessler
United States District Court for
the District of Columbia