UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.   : | CRIMINAL NO. 07-161 (GK) |
| : | |
| ANDREA MYLES  : | |
| : | |
| Defendant.  : | |

## ORDER

The Court, having considered the joint motion for a continuance of the sentencing hearing, and good cause having been shown, it is this 18th day of Dec, 2007,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the sentencing hearing is continued to Jan. 10, 2008, at 11:30 a.m./~~p.m.~~

_____
Judge Gladys Kessler
United States District Court for
the District of Columbia