**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| Plaintiff | : | |
| | : | Criminal Case No.: CR-07-161-01 |
| v. | : | Sentencing: January 10, 2008 |
| | : | |
| **ANDREA MYLES** | : | |
| **AKA: ANDREA RILEY** | : | |
| | : | |
| Defendant | : | |

## DEFENDANT'S NOTICE OF FILING

The Defendant, **ANDREA MYLES AKA: ANDREA RILEY** (hereinafter "Andrea Riley"), by and through her attorney, Clark U. Fleckinger II, respectfully submits this Notice of Filing [of the attached Exhibit 7] which was previously filed improperly with Exhibits 1 through 15 attached to Defendant's Memorandum In Aid of Sentencing filed on January 3, 2008.

Respectfully submitted,

_____/S/_____
Clark U. Fleckinger II
Attorney for Defendant
Rockville Metro Plaza I
111 Rockville Pike, Suite 980
Rockville, MD 20850
(301)294-7301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendant's Memorandum In Aid of Sentencing, has been served, by ECF and by first class mail, postage prepaid, upon AUSA Louis Ramos at the United States Attorney's Office, located at 555 4th Street, NW, Washington, D.C. 20530, this 3rd day of January, 2008.

_____/S/_____
Clark U. Fleckinger II

1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| Plaintiff | : | |
| | : | Criminal Case No.: CR-07-161-01 |
| v. | : | Sentencing: January 10, 2008 |
| | : | |
| **ANDREA MYLES** | : | |
| **AKA: ANDREA RILEY** | : | |
| | : | |
| Defendant | : | |

## DEFENDANT'S NOTICE OF FILING

The Defendant, **ANDREA MYLES AKA: ANDREA RILEY** (hereinafter "Andrea Riley"), by and through her attorney, Clark U. Fleckinger II, respectfully submits this Notice of Filing [of the attached Exhibit 7] which was previously filed improperly with Exhibits 1 through 15 attached to Defendant's Memorandum In Aid of Sentencing filed on January 3, 2008.

Respectfully submitted,

_____/S/_____
Clark U. Fleckinger II
Attorney for Defendant
Rockville Metro Plaza I
111 Rockville Pike, Suite 980
Rockville, MD 20850
(301)294-7301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendant's Memorandum In Aid of Sentencing, has been served, by ECF and by first class mail, postage prepaid, upon AUSA Louis Ramos at the United States Attorney's Office, located at 555 4th Street, NW, Washington, D.C. 20530, this 3rd day of January, 2008.

_____/S/_____
Clark U. Fleckinger II