**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
|       Plaintiff | : |
| | :     Criminal Case No.: CR-07-161-01 |
|     *v.* | :     Sentencing: January 10, 2008 |
|                      : | |
| **ANDREA MYLES** | : |
| **AKA:  ANDREA RILEY** | : |
| | : |
|       Defendant | : |

..................................................................................................................................

**DEFENDANT'S AMENDED NOTICE OF FILING**

    The Defendant, **ANDREA MYLES AKA: ANDREA RILEY** (hereinafter "Andrea Riley"), by and through her attorney, Clark U. Fleckinger II, respectfully submits this Amended Notice of Filing [of the attached Exhibit 7] which was previously filed improperly with Exhibits 1 through 15 which were attached to Defendant's Memorandum In Aid of Sentencing filed on January 3, 2008.

                            Respectfully submitted,


                            _____/S/_____

                            Clark U. Fleckinger II
                            Attorney for Defendant
                            Rockville Metro Plaza I
                            111 Rockville Pike, Suite 980
                            Rockville, MD 20850
                            (301)294-7301


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing Defendant's Amended Notice of Filing, has been served, by ECF, upon AUSA Louis Ramos at the United States Attorney's Office, located at 555 4th Street, NW, Washington, D.C. 20530, this 7th day of January, 2008.


                            _____/S/_____
                            Clark U. Fleckinger II

DEFENDANT'S
EXHIBIT
7

September 10, 2007

Honorable Gladys Kessler
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable Judge Kessler,

My name is Ina Ramos and I am a part time graduate student pursuing my doctorate in public health. I also work and teach part time at a local university, Bowie State. I live in Upper Marlboro, Maryland with my husband Selvin.

I have known Andrea Riley, who I met at Sargent Memorial Presbyterian Church, for twenty-five years. Andrea and I met in the youth group, Pamoja, and became instant friends. Although we lived in different areas of Prince George's County, we spent many weekends at each others homes as teenagers and always saw each other in church. Over the years we've sang and worked together in various groups including but not limited to the Sargent Gospel-Aires and Sisters Interacting with Sisters. Andrea was very active in starting a Girl Scout troop, directing the youth choir at Sargent and has always been willing to help with organizing and planning events. Additionally, Andrea is one of my closest friends and we have been involved in each others lives outside of Sargent. Over the years we served as bridesmaids in one another's weddings and I am the God mother to her two daughters.

As stated above, Andrea is the mother of two beautiful daughters and also has a precious granddaughter. She is a wonderful provider who takes great pride in caring for her family. She has always been the primary provider for her family ensuring a nurturing home environment while meeting their daily needs. She encourages her daughters to be active in the community. Her youngest daughter, who recently became a new mother, was on the cheerleading team at her high school and in the youth choir at church. And her oldest daughter participated in the band during high school as well as various church activities including singing, the dance ministry and the step team. Additionally, Andrea has displayed countless acts of kindness to me of which I will share the most memorable example. Four years ago, I became unexpectedly ill and required constant monitoring due to the excruciating pain. During this very difficult time, Andrea spent several hours away from and after work sitting by my side, holding my hand and crying with me. As if that wasn't enough, she and another friend spent numerous hours convincing their OB/GYN provider to assist me although he had not seen me as his patient. I am eternally grateful to Andrea for her support during that difficult time.

I am aware that Andrea has accepted responsibility for her actions and is now awaiting sentencing. If she were to receive the maximum sentence allowable by law, it would absolutely tear her family apart. As previously stated, she is the primary provider for her children and grandchild and they need her as the continued matriarch of their family unit. Therefore, I am asking that you exercise leniency in her judgment. It would be most beneficial to her children, family and friends if she were able to repay her debt to society in the swiftest most just manner possible.

Sincerely,

Ina A. Ramos