## HONORABLE GLADYS KESSLER
## UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

#### ORDER TO SURRENDER

**FILED**

FEB 0 4 2008

**Clerk, U.S. District** and
**Bankruptcy Courts**

UNITED STATES OF AMERICA

vs.

**Andrea Myles (aka: Andrea Riley)**

Docket No.: 07-161-01

**TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS**

It is hereby **ORDERED** that  **Andrea Myles**  having been sentenced, on January 10,

2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau

of Prisons by reporting to  FPC Alderson _____ , in  Alderson, WV _____  by 2 p.m.,

on  February 26, 2008 _____ .

_7.6 4, 2015_
**Date**

_Glady Kessler_
**GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I
may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or
fine, or both.

_Ed L. Read_
**ATTORNEY/U.S. PROBATION OFFICER**

_A. Riley_
**DEFENDANT**

Revised 6-2004

(N)